Leo C. SAFIR and the Rabhor Co., Appellees, v. ROYAL ROBES, Inc., Appellant.

No. 179.

Circuit Court of Appeals, Second Circuit.
Feb. 3, 1930.

Asher Blum, of New York City (Hugo Mock, of New York City, on the brief), for appellant.

W. B. Morton, of New York City (R. B. Canfield, of New York City, on the brief), for appellees.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

Eugene TALMADGE, Commissioner of Agriculture of the State of Georgia, Appellant, v. BALTIMORE BUTTERINE COMPANY, a Corporation, et al., Appellees.

No. 5696.

Circuit Court of Appeals, Fifth Circuit.
Feb. 20, 1930.

Mark Bolding, of Atlanta, Ga., and T. R. Gress, Asst. Atty. Gen., of Georgia (Geo. M. Napier, Atty. Gen., T. R. Gress, Asst. Atty. Gen., and Howell, Heyman & Bolding, all of Atlanta, Ga., on the brief), for appellant.

Jas. C. Davis, of Atlanta, Ga., and George N. Murdock, of Chicago, Ill. (Lewis, Folsom & Murdock, of Chicago, Ill., and Wright & Davis, of Atlanta, Ga., on the brief), for appellees.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM.

For reasons stated in the opinion rendered by the District Judge [32 F.(2d) 904], the decree in this case is affirmed.

UNITED STATES of America ex rel. Dora KREISBERG, Appellant, v. Benjamin M. DAY, Commissioner of Immigration, Ellis Island, Appellee.

No. 229.

Circuit Court of Appeals, Second Circuit.
Feb. 3, 1930.

I. Nick Gordon, of New York City (Joshua Chinitz, of counsel), for appellant.

Charles H. Tuttle, U. S. Atty., and Leon E. Spencer, Asst. U. S. Atty., both of New York City, for appellee.

Before SWAN, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed, on the authority of United States ex rel. Powlowec v. Day, 33 F.(2d) 267 (C. C. A. 2).